PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
JANELLE A. DI MINO
Certified Law Student
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMES P. QUINN,<br><br>　　　　Defendant. | Case No. 5:21-po-00505-JLT<br><br>[Citation #F339639 CA/40]<br><br>MOTION AND ORDER FOR DISMISSAL |

　　　The United States of America, by and through McGregor W. Scott, United States Attorney, and Phillip A. Talbert, Acting United States Attorney, and Jeffrey A. Spivak, Assistant U.S. Attorney, and Janelle A. Di Mino, Certified Law Student, hereby moves to dismiss Case No. 5:21-po-00505-JLT [Citation #F339639 CA/40] against JAMES P. QUINN, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: October 22, 2021　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　By:　　/s/ Janelle A. Di Mino
　　　　　　　　　　　　　　　　　　　　　　JANELLE A. DI MINO
　　　　　　　　　　　　　　　　　　　　　　Certified Law Student

# O R D E R

IT IS HEREBY ORDERED that Case No. 5:21-po-00505-JLT [Citation #F339639 CA/40] against JAMES P. QUINN be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  **October 25, 2021**                    **/s/ Jennifer L. Thurston**
                                             CHIEF UNITED STATES MAGISTRATE JUDGE